BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
ROYA MASSOUMI, CSBN 242697
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8957
    Facsimile: (415) 744-0134
    E-Mail: Roya.Massoumi@SSA.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| CHERISH FAWN ORTIZ, | Case No.: 2:15-CV-01456-AC |
| Plaintiff, | STIPULATION AND ~~PROPOSED~~ ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO FILE OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |
| vs. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

    IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Summary Judgment be extended from December 30, 2015, to February 1, 2016.  This is Defendant's first request for extension. Defendant respectfully requests additional time following recent reassignment of the case in order to adequately research and analyze the issues presented by Plaintiff.  Defendant makes this request in good faith with no intention to unduly delay the proceedings.

Stip. & Prop. Order to Extend 2:15-CV-01456-AC      1

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: December 10, 2015     */s/ *John v. Johnson*
(*as authorized by email on December 5, 2015)
JOHN V. JOHNSON
Attorney for Plaintiff

Dated: December 10, 2015     BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX,
Social Security Administration

By:    */s/ Roya Massoumi*
ROYA MASSOUMI
Special Assistant U.S. Attorney
Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED:

DATED: December 14, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE